■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. NICOLE ELISE TORAN, Admitted on April 14, 1993 at a Term of the Appellate Division, Second Department. [776 NYS2d 463]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SHEILA HARRIETT TRALINS, Admitted on February 17, 1984 at a Term of the Appellate Division, Fourth Department. [776 NYS2d 463]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]